# EXHIBIT A

## Notes Info for Shopper ID 3216690
## 3/11/2004 to 9/9/2013

| Entered Date / By | Note |
|---|---|
| 4/27/2012 8:26:24 AM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name SFSINUS.COM renewed by RegComEPPSvc on 04/27/12 08:26:24 |
| 4/27/2012 8:26:24 AM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name SOUTHFLORIDASINUS.COM renewed by RegComEPPSvc on 04/27/12 08:26:24 |
| 4/27/2012 8:26:24 AM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name BALLOONSINUPLASTYFLORIDA.COM renewed by RegComEPPSvc on 04/27/12 08:26:24 |
| 4/27/2012 8:26:24 AM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name SOUTHFLORIDAALLERGYCENTER.COM renewed by RegComEPPSvc on 04/27/12 08:26:24 |
| 4/27/2012 8:26:10 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain FLORIDASLEEPSURGERY.COM privacy set up.  DBP customer number is 11514418. |
| 4/27/2012 8:26:10 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain SLEEPSURGERYFLORIDA.COM privacy set up.  DBP customer number is 11514418. |
| 4/26/2012 3:45:00 AM / RenewalNotice / Client IP: GoDaddy Internal | [Namespace=Renewals/Type=DomainRenewalAllAutoCCExpired] Sending renewal notice to shopper 3216690 for 15 Domain resource(s) set to expire around May. 11, 2012. Email BatchID=140978356. Credit card expiring on auto renew. ProfileID=7265466 ; CCLast4Digits=9020 ; CCExpiration=8/2009. |
| 4/17/2012 1:40:31 PM / Predictive Dial Reconciliation / Client IP: GoDaddy Internal | Lynx: An outbound Domain Attrition call was made. Customer voicemail was contacted; no voicemail left. |
| 4/13/2012 1:37:12 PM / Predictive Dial Reconciliation / Client IP: GoDaddy Internal | Lynx: An outbound Domain Attrition call was made. Customer voicemail was contacted; no voicemail left. |
| 4/12/2012 1:46:25 PM / Predictive Dial Reconciliation / Client IP: GoDaddy Internal | Lynx: An outbound Domain Attrition call was made. Customer voicemail was contacted; no voicemail left. |
| 4/11/2012 7:17:46 AM / GenerateRenewals / Client IP: GoDaddy Internal | Sending renewal notice to shopper 3216690 for 6 NonDomain resource(s) set to expire on May. 11, 2012 |
| 4/11/2012 3:09:28 AM / RenewalNotice / Client IP: GoDaddy Internal | [Namespace=Renewals/Type=DomainRenewalAllAutoCCExpired] Sending renewal notice to shopper 3216690 for 15 Domain resource(s) set to expire around May. 11, 2012. Email BatchID=139291658. Credit card expiring on auto renew. ProfileID=7265466 ; CCLast4Digits=9020 ; CCExpiration=8/2009. |
| 3/16/2012 9:36:42 AM / Predictive Dial Reconciliation / Client IP: GoDaddy Internal | Lynx: An outbound Repeat Buyer call was made. Customer voicemail was contacted; no voicemail left. |
| 3/15/2012 9:30:10 AM / Predictive Dial Reconciliation / Client IP: GoDaddy Internal | Lynx: An outbound Repeat Buyer call was made. Customer voicemail was contacted; no voicemail left. |
| 3/14/2012 10:04:34 AM / Johnson, Aimee / Client IP: GoDaddy Internal | Lynx: An outbound Repeat Buyer call was made. Customer was not reached. |
| 3/14/2012 10:04:34 AM / Johnson, Aimee / Client IP: GoDaddy Internal | Survey was saved with customer unavailable. |
| 3/14/2012 10:04:22 AM / Johnson, Aimee / Client IP: GoDaddy Internal | Aimee Johnson accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 3/12/2012 6:37:17 AM / GenerateRenewals / Client IP: GoDaddy Internal | Sending renewal notice to shopper 3216690 for 6 NonDomain resource(s) set to expire on May. 11, 2012 |
| 3/12/2012 3:54:39 AM / RenewalNotice / Client IP: GoDaddy Internal | [Namespace=Renewals/Type=DomainRenewalAllAutoCCExpired] Sending renewal notice to shopper 3216690 for 15 Domain resource(s) set to expire around May. 11, 2012. Email BatchID=135914575. Credit card expiring on auto renew. ProfileID=7265466 ; CCLast4Digits=9020 ; CCExpiration=8/2009. |
| 3/5/2012 8:19:48 AM / Customer / Client IP: | DCC Domain PTARTELL.COM (ID=119406663): Domain forwarding update [12.42.135.170] for Domain Name PTARTELL.COM |
| 3/5/2012 8:19:27 AM / Customer / Client IP: | DCC Domain PAULTARTELLMD.NET (ID=119406664): Domain forwarding update [12.42.135.170] for Domain Name PAULTARTELLMD.NET |

# Notes Info for Shopper ID 3216690
## 3/11/2004 to 9/9/2013

| Entered Date / By | Note |
|---|---|
| 3/5/2012 8:19:09 AM / Customer / Client IP: | DCC Domain PAULTARTELLMD.COM (ID=119406659): Domain forwarding update [12.42.135.170] for Domain Name PAULTARTELLMD.COM |
| 3/5/2012 8:18:50 AM / Customer / Client IP: | DCC Domain PAULTARTELL.NET (ID=119406660): Domain forwarding update [12.42.135.170] for Domain Name PAULTARTELL.NET |
| 3/5/2012 8:17:29 AM / Customer / Client IP: | DCC Domain PAULTARTELL.COM (ID=119406661): Domain forwarding update [12.42.135.170] for Domain Name PAULTARTELL.COM |
| 3/5/2012 7:56:41 AM / Fraud Auto Verify - Service / Client IP: GoDaddy Internal | Marked as VERIFIED NO FRAUD. |
| 3/5/2012 7:40:09 AM / RegBulkEmailSvc / Client IP: GoDaddy Internal | RegBulkEmailSvc: Sent DomainAddSuccess email for PAULTARTELLMD.COM PAULTARTELL.COM PTARTELL.COM TARTELL.NET PAULTARTELLMD.NET PAULTARTELL.NET to: shopper. |
| 3/5/2012 7:34:26 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: PAULTARTELL.NET OrderID: 406151274 RowID: 12 Namespace:domain ResourceID: 119406660 |
| 3/5/2012 7:34:20 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: PTARTELL.COM OrderID: 406151274 RowID: 9 Namespace:domain ResourceID: 119406663 |
| 3/5/2012 7:34:00 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: PAULTARTELLMD.NET OrderID: 406151274 RowID: 3 Namespace:domain ResourceID: 119406664 |
| 3/5/2012 7:33:56 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: TARTELL.NET OrderID: 406151274 RowID: 0 Namespace:domain ResourceID: 119406662 |
| 3/5/2012 7:33:54 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: TARTELL.NET OrderID: 406151274 RowID: 2 Namespace:proxima ResourceID: 170578019 |
| 3/5/2012 7:33:51 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: PAULTARTELL.NET OrderID: 406151274 RowID: 14 Namespace:proxima ResourceID: 170578023 |
| 3/5/2012 7:33:51 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: PAULTARTELLMD.NET OrderID: 406151274 RowID: 5 Namespace:proxima ResourceID: 170578020 |
| 3/5/2012 7:33:49 AM / RegNetEPPSvc / Client IP: GoDaddy Internal | domain name TARTELL.NET activated by RegNetEPPSvc on 03/05/12 07:33:49 |
| 3/5/2012 7:33:49 AM / RegNetEPPSvc / Client IP: GoDaddy Internal | domain name PAULTARTELLMD.NET activated by RegNetEPPSvc on 03/05/12 07:33:49 |
| 3/5/2012 7:33:49 AM / RegNetEPPSvc / Client IP: GoDaddy Internal | domain name PAULTARTELL.NET activated by RegNetEPPSvc on 03/05/12 07:33:49 |
| 3/5/2012 7:33:46 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: PAULTARTELL.COM OrderID: 406151274 RowID: 15 Namespace:domain ResourceID: 119406661 |
| 3/5/2012 7:33:44 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: PTARTELL.COM OrderID: 406151274 RowID: 11 Namespace:proxima ResourceID: 170578022 |
| 3/5/2012 7:33:37 AM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name PTARTELL.COM activated by RegComEPPSvc on 03/05/12 07:33:37 |
| 3/5/2012 7:33:30 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: PAULTARTELLMD.COM OrderID: 406151274 RowID: 6 Namespace:domain ResourceID: 119406659 |
| 3/5/2012 7:33:29 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: PAULTARTELLMD.COM OrderID: 406151274 RowID: 8 Namespace:proxima ResourceID: 170578021 |
| 3/5/2012 7:33:26 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: PAULTARTELL.COM OrderID: 406151274 RowID: 17 Namespace:proxima ResourceID: 170578024 |
| 3/5/2012 7:33:21 AM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name PAULTARTELL.COM activated by RegComEPPSvc on 03/05/12 07:33:21 |
| 3/5/2012 7:33:20 AM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name PAULTARTELLMD.COM activated by RegComEPPSvc on 03/05/12 07:33:20 |

# Notes Info for Shopper ID 3216690
## 3/11/2004 to 9/9/2013

| Entered Date / By | Note |
|---|---|
| 9/21/2012 9:42:40 AM / / Client IP: GoDaddy Internal | Cancellation Email Sent. ResourceID: 119406661, Namespace: domain |
| 9/21/2012 9:42:40 AM / / Client IP: GoDaddy Internal | Cancellation Email Sent. ResourceID: 119406660, Namespace: domain |
| 9/21/2012 9:42:38 AM / / Client IP: GoDaddy Internal | Cancellation Email Sent. ResourceID: 119406663, Namespace: domain |
| 9/21/2012 9:42:38 AM / / Client IP: GoDaddy Internal | Cancellation Email Sent. ResourceID: 119406664, Namespace: domain |
| 9/21/2012 9:42:36 AM / / Client IP: GoDaddy Internal | Cancellation Email Sent. ResourceID: 119406662, Namespace: domain |
| 9/21/2012 9:42:36 AM / / Client IP: GoDaddy Internal | Cancellation Email Sent. ResourceID: 119406659, Namespace: domain |
| 9/21/2012 9:42:35 AM / Customer / Client IP: 209.248.180.90 | Cancelling: PAULTARTELLMD.COM OrderID: 406151274 RowID: 6 Namespace:domain ResourceID: 119406659 |
| 9/21/2012 9:42:35 AM / Customer / Client IP: 209.248.180.90 | Cancelling: PTARTELL.COM OrderID: 406151274 RowID: 9 Namespace:domain ResourceID: 119406663 |
| 9/21/2012 9:42:35 AM / Customer / Client IP: 209.248.180.90 | Cancelling: PAULTARTELL.COM OrderID: 406151274 RowID: 15 Namespace:domain ResourceID: 119406661 |
| 9/21/2012 9:42:35 AM / Customer / Client IP: 209.248.180.90 | Cancelling: TARTELL.NET OrderID: 406151274 RowID: 0 Namespace:domain ResourceID: 119406662 |
| 9/21/2012 9:42:35 AM / Customer / Client IP: 209.248.180.90 | Cancelling: PAULTARTELLMD.NET OrderID: 406151274 RowID: 3 Namespace:domain ResourceID: 119406664 |
| 9/21/2012 9:42:35 AM / Customer / Client IP: 209.248.180.90 | Cancelling: PAULTARTELL.NET OrderID: 406151274 RowID: 12 Namespace:domain ResourceID: 119406660 |
| 9/21/2012 8:37:31 AM / Customer / Client IP: | DCC Domain PAULTARTELL.COM (ID=119406661): Domain forwarding delete [209.248.180.90] |
| 9/21/2012 8:37:31 AM / Customer / Client IP: | DCC Domain PAULTARTELL.NET (ID=119406660): Domain forwarding delete [209.248.180.90] |
| 9/21/2012 8:37:31 AM / Customer / Client IP: | DCC Domain PAULTARTELLMD.NET (ID=119406664): Domain forwarding delete [209.248.180.90] |
| 9/21/2012 8:37:31 AM / Customer / Client IP: | DCC Domain PTARTELL.COM (ID=119406663): Domain forwarding delete [209.248.180.90] |
| 9/21/2012 8:36:18 AM / Customer / Client IP: | DCC Domain PAULTARTELLMD.COM (ID=119406659): Domain forwarding delete [209.248.180.90] |
| 5/31/2012 5:25:22 AM / RegOrgEPPSvc / Client IP: GoDaddy Internal | Orion EMAIL_REMOVE_PACK: Removed email address: leemandel@realworldgreetings.com |
| 5/31/2012 5:23:18 AM / BillingAgent / Client IP: GoDaddy Internal | Cancelling: Mini Online File Folder (1 GB) - 2 Years (annual) OrderID: 241167599 RowID: 20 Namespace:onlinestor ResourceID: 113154583 |
| 5/31/2012 5:23:16 AM / BillingAgent / Client IP: GoDaddy Internal | Cancelling: RealWorldGreetings.com OrderID: 241167599 RowID: 18 Namespace:email ResourceID: 113154584 |
| 5/31/2012 5:23:13 AM / BillingAgent / Client IP: GoDaddy Internal | Failed Billing Attempt: 3. Cancelling Online Storage. Reason: Autorenew is off. Account: Billing for 05/11/2012. Purchased on original receipt: 241167599 |
| 5/31/2012 5:23:13 AM / BillingAgent / Client IP: GoDaddy Internal | Failed Billing Attempt: 3. Cancelling Email Accounts. Reason: Autorenew is off. Account: Billing for 05/11/2012. RealWorldGreetings.com |

# Notes Info for Shopper ID 3216690
## 3/11/2004 to 9/9/2013

| Entered Date / By | Note |
|---|---|
| 9/3/2013 6:10:03 PM / KnessKnezinskis, Gus / Client IP: GoDaddy Internal | Lee - 9549665274 - wanted to know a previous domain has been forwarding, saw it was set at one time but couldn&#39;t see where it was forwarding to. |
| 9/3/2013 6:08:33 PM / Gus M KnessKnezinskis / Client IP: GoDaddy Internal | A customer survey was automatically sent for Gus M KnessKnezinskis |
| 9/3/2013 5:58:47 PM / KnessKnezinskis, Gus / Client IP: GoDaddy Internal | Gus KnessKnezinskis accessed account with reason "General/Research". Shopper PIN. |
| 6/7/2013 6:27:29 AM / BillingAgent / Client IP: GoDaddy Internal | Cancelling: Site Survey Premium - 2 Years (annual) OrderID: 242490513 RowID: 0 Namespace:survey ResourceID: 113713913 |
| 6/7/2013 6:27:29 AM / gdBAEmail.Email / Client IP: GoDaddy Internal | AutoRenewOff Email Sent to: leemandel@sfsac.com for Product Name Next Attempt Date<br>------------                                            ------------------<br>Site Survey Premium - Renewal - 2 Years (annual)         CANCELLED<br>    Billing for 05/18/2013. Purchased on original receipt: 242490513 |
| 6/7/2013 6:27:29 AM / BillingAgent / Client IP: GoDaddy Internal | Failed Billing Attempt: 3. Cancelling Site Survey. Reason: Autorenew is off. Account: Billing for 05/18/2013. Purchased on original receipt: 242490513 |
| 5/31/2013 5:43:45 AM / RegOrgEPPSvc / Client IP: GoDaddy Internal | Orion EMAIL_REMOVE_PACK: Removed email address: renee@SOUTHFLORIDASINUSANDALLERGYCENTER.COM |
| 5/31/2013 5:43:44 AM / RegOrgEPPSvc / Client IP: GoDaddy Internal | Orion EMAIL_REMOVE_PACK: Removed email address: ptartell@SOUTHFLORIDASINUSANDALLERGYCENTER.COM |
| 5/31/2013 5:43:44 AM / RegOrgEPPSvc / Client IP: GoDaddy Internal | Orion EMAIL_REMOVE_PACK: Removed email address: lmandel@SOUTHFLORIDASINUSANDALLERGYCENTER.COM |
| 5/31/2013 5:42:48 AM / gdBAEmail.Email / Client IP: GoDaddy Internal | Failure Email sent to:<br>leemandel@sfsac.com for<br>Product Name                        Next Billing Date Qty     Price<br>------------                   ------------------ --- ----------<br>Certified Domain Renewal                CANCELLED  1    $2.99<br>    Billing for 05/11/2013. realworldgreetings.info |
| 5/31/2013 5:42:47 AM / BillingAgent / Client IP: GoDaddy Internal | Cancelling: realworldgreetings.info OrderID: 241167599 RowID: 16 Namespace:domainRep ResourceID: 113154580 |
| 5/31/2013 5:42:47 AM / BillingAgent / Client IP: GoDaddy Internal | Cancelling: Email Account 2 OrderID: -1 RowID: -1 Namespace:email ResourceID: 36939812 |
| 5/31/2013 5:42:47 AM / BillingAgent / Client IP: GoDaddy Internal | Cancelling: SOUTHFLORIDASINUSANDALLERGYCENTER.COM OrderID: 11336745 RowID: 2 Namespace:hosting ResourceID: 14517838 |
| 5/31/2013 5:42:47 AM / BillingAgent / Client IP: GoDaddy Internal | Failed Billing Attempt: 3. Cancelling Web Hosting. Reason: Autorenew is off. Account: Billing for 05/11/2013. SOUTHFLORIDASINUSANDALLERGYCENTER.COM |
| 5/31/2013 5:42:47 AM / BillingAgent / Client IP: GoDaddy Internal | Failed Billing Attempt: 3. Cancelling Hosting Bandwidth. Reason: Autorenew is off. Account: Bandwidth/Diskspace for 05/11/2013. SOUTHFLORIDASINUSANDALLERGYCENTER.COM |
| 5/31/2013 5:42:47 AM / gdBAEmail.Email / Client IP: GoDaddy Internal | AutoRenewOff Email Sent to: leemandel@sfsac.com for Product Name Next Attempt Date<br>------------                                            ------------------<br>Hosting - Shared - Deluxe - Windows - Renewal - 2 years (recurring)  CANCELLED<br>    Billing for 05/11/2013. SOUTHFLORIDASINUSANDALLERGYCENTER.COM<br><br>Bandwidth Renewal (recurring)                              CANCELLED<br>    Bandwidth/Diskspace for 05/11/2013.<br>SOUTHFLORIDASINUSANDALLERGYCENTER.COM |
| 5/31/2013 5:42:47 AM / BillingAgent / Client IP: GoDaddy Internal | Failed Billing Attempt: 3. Cancelling Domain Reputation . Reason: Payment request was declined. Account: Billing for 05/11/2013. realworldgreetings.info |