UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61853-CIV-DIMITROULEAS/SNOW

PAUL B. TARTELL, M.D.,

    Plaintiff,

vs.

SOUTH FLORIDA SINUS AND ALLERGY
CENTER, INC., LEE M. MANDEL, M.D., INC.
and LEE M. MANDEL, M.D. individually.

    Defendants.
_____/

## FINAL JUDGMENT AND ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Court's Findings of Fact and Conclusions of Law entered separately today. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff and against Defendant Lee M. Mandel, M.D. as to Counts I, II, IV, and V;

2. Plaintiff shall recover from Defendant Lee M. Mandel, M.D. the sum of $6,000.00;

3. Judgment is hereby entered in favor of Defendant Lee M. Mandel, M.D. and against Plaintiff as to Count III;

4. Judgment is hereby entered in favor of Defendants South Florida Sinus and Allergy Center, Inc. and Lee M. Mandel, M.D., Inc. and against Plaintiff as to Counts I, II, III, IV, and V;

5. The judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961, and

shall be enforceable as prescribed by 28 U.S.C. §§ 2001, et seq., 28 U.S.C. §§ 3001-3307, and/or Rule 69(a) of the Federal Rules of Civil Procedure;

6. Any remaining pending motions are hereby **DENIED AS MOOT**;

7. The Clerk is hereby directed to **CLOSE** this case; and

8. The Court reserves jurisdiction to determine any timely filed motions for attorneys' fees and/or costs and may issue an amended final judgment after any such motions are determined.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of February, 2014.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record