UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 12-61853-cv-Dimitrouleas/Snow

PAUL B. TARTELL, M.D.,

    Plaintiff,

v.

SOUTH FLORIDA SINUS AND ALLERGY
CENTER, INC., LEE M. MANDEL, M.D., INC.,
Florida corporations, and
LEE M. MANDEL, M.D., individually,

    Defendants.
_____/

## NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM SERVICE LIST

    Plaintiff, Paul B. Tartell, M.D., hereby gives notice that Tara Ravi is no longer affiliated with Broad and Cassel, counsel for Plaintiff, and therefore does not have any involvement in this matter, and requests the entry of an Order removing her from the service list as attorney to be noticed.

    Respectfully submitted,

Adam G. Rabinowitz
Florida Bar No. 177962
arabinowitz@broadandcassel.com
Matthew S. Nelles
Florida Bar No.009245
mnelles@broadandcassel.com
**BROAD AND CASSEL**
One Financial Plaza, Suite 2700
Fort Lauderdale, Florida  33394
Telephone: (954) 764-7060
Facsimile:(954) 761-8135

2

By: /s/Matthew S. Nelles  
MATTHEW S. NELLES  
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel/parties of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

Jeffrey Kamenetsky  
Novak Druce Quigg LLP  
525 Okeechobee Blvd., 15th Floor  
West Palm Beach, FL 33401  
(561) 847-7800  
Fax: (561) 847-7828  
Email: jeff.kamenetsky@novakdruce.com  
Counsel for Defendants

Joseph William Bain  
Novak Druce + Quigg LLP  
City Place Tower  
525 Okeechobee Blvd, 15th Floor  
West Palm Beach, FL 33401  
(561) 847-7800  
Fax: (561) 847-7801  
Email: joseph.bain@novakdruce.com  
Counsel for Defendants

Tracy Belinda Newmark  
The Newmark Law Firm, PA  
2650 W. State Road 84, Suite 101-C  
Fort Lauderdale, FL 33312  
954-926-2460  
Email: tracy@newmarklaw.com

By: /s/ *Matthew S. Nelles*  
MATTHEW S. NELLES